NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   19-10102 |
| Plaintiff-Appellee, | D.C. No. 5:10-cr-00301-BLF-4 |
| v. | |
| JAVIER GARCIA, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Beth Labson Freeman, District Judge, Presiding

Argued and Submitted March 2, 2020
San Francisco, California

Before:  SILER,** WARDLAW, and M. SMITH, Circuit Judges.

Javier Garcia appeals from the district court's judgment revoking his

supervised release stemming from his 2011 conviction for conspiracy to distribute

---

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**        The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

cocaine and imposing a term of imprisonment.[1] We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia's briefs on appeal discuss whether evidence that formed the basis of the district court's decision to revoke his supervised release should have been excluded as the fruit of an unlawful search of his home. However, as the district court recognized, the exclusionary rule does not apply in revocation proceedings. *See United States v. Hebert*, 201 F.3d 1103, 1104 (9th Cir. 2000) (per curiam). Garcia has not disputed this point on appeal. Thus, whether the evidence was the product of an unlawful search has no bearing on whether it could be considered by the district court for purposes of finding that Garcia violated the conditions of his supervised release.

**AFFIRMED.**

---

[1] We address Garcia's appeal from his separate criminal conviction in a concurrently filed opinion.